## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SITABEN N. PATEL, IN INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE; BANGKIK @ 12 THAI RESTAURANT LLC,<br><br>　　　　Defendants, | Case No.: 2:16-CV-02736-TLN-GGH<br><br>**PROPOSED ORDER EXTENDING TIME TO ANSWER**<br><br>District Judge: Troy L. Nunely |

## ORDER EXTENDING TIME TO ANSWER

Upon Considering the stipulation of counsel for the Plaintiff Scott Johnson and Defendant Bangkok@12 LLC, and good cause appearing, it is ordered that Defendant Bangkok@12 Thai Restaurant LLC shall have until 5pm on the 31st day of January 2017 to file an Answer or otherwise respond to Plaintiff's complaint on file herein.

Dated: January 4, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1